UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMPION TAKURA MUGWENI, #36274-177, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:08-CV-1524-G (AH) |
| WACHOVIA, INC., | ) ) | **ECF** |
| Defendant. | ) ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is **ORDERED** that defendant Wachovia, Inc.'s motion to dismiss (Doc. #30) is **DENIED** as moot.

August 27, 2009.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**