UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMPION TAKURA MUGWENI, #36274-177, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:08-CV-1524-G |
| WACHOVIA, INC., ET AL., | ) ) | **ECF** |
| Defendants. | ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge, **DENIES** plaintiff Campion Takura Mugweni's motion for leave to amend (docket entry 55), and orders him to file a more definite statement no later than **February 26, 2010**. Plaintiff is cautioned that his failure to

file a more definite statement may result in the dismissal of this action pursuant to

Rule 41(b), Federal Rules of Civil Procedure.

    **SO ORDERED**.


February 4, 2010.

                                          _____
                                          **A. JOE FISH**
                                          **Senior United States District Judge**